AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; (additional plaintiffs listed on attachment)

*Plaintiff(s)*

v.

RUSTY TROMBONE LLC d/b/a TIPSY TIKI and JONATHAN NOLLI,

*Defendant(s)*

Civil Action No. 2:26-cv-14326-AMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RUSTY TROMBONE LLC d/b/a TIPSY TIKI
c/o JONATHAN J. NOLLI, Registered Agent
411 N 2ND STREET
FT. PIERCE, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zachary D. Messa, Esq. (FBN 513601)
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
311 Park Place Blvd, Suite 300
Clearwater, FL 33759
Phone: (727) 461-1818 • ZacharyM@jpfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Aug 28, 2026

s/ W. Cendejas

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts

**Attachment to Form AO 440 - Summons in a Civil Action**

Plaintiffs continued:

NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.;

FOURTEENTH HOUR MUSIC INC.;

SPRINGTIME MUSIC, INC.;

COMBINE MUSIC CORP.;

SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;

NASHVILLE STAR MUSIC, a division of REVEILLE MUSIC PUBLISHING LLLP;

CARNIVAL MUSIC COMPANY d/b/a TILTAWHIRL MUSIC

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; (additional plaintiffs listed on attachment)<br>*Plaintiff(s)*<br>v.<br>RUSTY TROMBONE LLC d/b/a TIPSY TIKI; and JONATHAN J. NOLLI, an individual,<br>*Defendant(s)* | Civil Action No. 2:26-cv-14326-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JONATHAN J. NOLLI, an individual
411 N 2ND STREET
FT. PIERCE, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary D. Messa, Esq. (FBN 513601)
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
311 Park Place Blvd, Suite 300
Clearwater, FL 33759
Phone: (727) 461-1818 • ZacharyM@jpfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Aug 28, 2026

s/ W. Cendejas

Deputy Clerk
U.S. District Courts

**Attachment to Form AO 440 - Summons in a Civil Action**

Plaintiffs continued:

NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.;

FOURTEENTH HOUR MUSIC INC.;

SPRINGTIME MUSIC, INC.;

COMBINE MUSIC CORP.;

SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;

NASHVILLE STAR MUSIC, a division of REVEILLE MUSIC PUBLISHING LLLP;

CARNIVAL MUSIC COMPANY d/b/a TILTAWHIRL MUSIC